# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DONNA CHURA, et al., | ) | CASE NO. 1:08CV2278 |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE CO., et al., | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter.    Accordingly, this action is remanded to the Cuyahoga County Court of Common Pleas.

IT IS SO ORDERED.


 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

February 12, 2009